**COURT OF APPEALS**
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**



Ross Mandel and Lea Mandel v. Lewisville Independent School District; County of Denton, Texas; and City of Plano
NO. 02-13-00171-CV

AND

In re Ross Mandel and Lea Mandel
NO. 02-13-00412-CV

**TO ANY SHERIFF, CONSTABLE, OR ANY OTHER PERSON AUTHORIZED BY LAW, GREETINGS:**

YOU ARE HEREBY COMMANDED that you serve Constable Ron Smith, with the accompanying copies of the Notice to Show Cause and the Order to Show Cause styled *Ross Mandel and Lea Mandel v. Lewisville Independent School District; County of Denton, Texas; and City of Plano,* cause number 02-13-00171-CV, and *In re Ross Mandel and Lea Mandel,* cause number 02-13-00412-CV, from the 431st District Court of Denton County, Texas, trial court cause number 2011-0490-431.

See the attached notice and order, incorporated by reference for all purposes.

The present address of Constable Ron Smith is Denton County Constable's Office, Precinct 6, 1029 W. Rosemeade Parkway, Carrollton, Texas 75007. **MAKE DUE RETURN** of this order and how you have executed the same no later than Monday, March 10, 2014.

**ISSUED AND GIVEN UNDER MY HAND** and seal of said Court in the City of Fort Worth, Tarrant County, Texas, this 28th day of February, 2014.

*Debra Spisak*

Debra Spisak, Clerk

# OFFICER'S RETURN

Came on to hand on the_____ day of _____, 2014, at _____ o'clock, ___.m., and executed at _____ within the county of _____, State of Texas, at _____ o'clock, ___.m. on the_____ day of _____, 2014 by delivering to Constable Ron Smith in person a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copies of the Notice to Show Cause and the Order to Show Cause issued February 28, 2014.

Authorized Person / Constable / Sheriff: _____

County of _____ State of _____ By _____ Deputy

Fees for Service $_____

State of Texas
County of _____

## Verification

Before me, a Notary Public, on this day personally appeared _____, known to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and correct.

***GIVEN UNDER MY HAND AND SEAL*** of office this the _____day of _____, 2014.

_____
Notary Public, State of Texas

The citation is returnable to:

Debra Spisak, Clerk
Second Court of Appeals
401 W. Belknap, Suite 9000
Fort Worth, TX 76196